**SO ORDERED.**

**SIGNED this 16th day of April, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF KANSAS*

In re:
    Melissa Ann Lay,
                      Debtor.                  Case No. 08-41894-13

**ORDER OF REINSTATEMENT AND FOR ADDITIONAL FEES AND EXPENSES**

Comes now before the Court, the Debtor Motion to Reinstate and for Additional Fees and Expenses filed herein by the Debtor on 3/18/13. No objection to the motion was filed by the objection date of 4/8/13. The Court finds that the above captioned cause should be and is hereby reinstated.

The the Court further finds that the Debtor will pay attorney's fees in the amount of $200.00 to Michael M. Jackson for his legal services for bringing this matter before the Court and for the attorney's expenses of $39.00 for postage (notice to 39 creditors @ $1.00 each); both to be paid through the chapter 13 Plan.

# # #

Melissa Ann Lay
Case No. 08-41894-13
Page 2


Prepared and Approved by:

s/ Michael M. Jackson
Michael M. Jackson # 10642
ATTORNEY AT LAW
727 S. Kansas Ave., Ste 2
Topeka, Kansas 66603-3807
Telephone (785) 234-6553
Fax (785) 234-8715
Email jacksonmm@aol.com

Approved by:

s/ Jan Hamilton
Jan Hamilton, Trustee # 08163
PO Box 3527
Topeka, KS 66601-3527
(785) 234-1551